UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZION ALEXANDER,<br><br>                              Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | No. 25-CV-0284 (RA)<br><br>VALENTIN ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiff, currently held in the Otis Bantum Correctional Center on Rikers Island, brings this *pro se* action pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his rights. Plaintiff sues the City of New York and NYC Health + Hospitals as well as a number of unidentified individual defendants. By order dated February 12, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis*.

Under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *Id.* at 76. In his complaint, Plaintiff supplies sufficient information to permit the City to identify: Correction Officer DeJesus, who was assigned as Plaintiff's suicide-watch officer between December 2 and 4, 2024, while Plaintiff was held in the George R. Vierno Center ("GRVC"); Correction Officer Jackson, who was assigned as Plaintiff's suicide-watch officer on December 6, 2024, while Plaintiff was held in the GRVC; and Correction Officer Thompson, who was present during Correction Officer Jackson's assignment as Plaintiff's suicide-watch officer on December 6, 2024 and while Plaintiff was held in the GRVC.

It is therefore ordered that the Corporation Counsel, who is the attorney for and agent of the City of New York, ascertain the identities of these Defendants whom Plaintiff seeks to sue, including their names, ranks, badge numbers, and addresses where these Defendants may be served

if they are not subject to waiver of service. The Corporation Counsel shall provide this information to Plaintiff and the Court within sixty (60) days of the date of this Order.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individuals as defendants and providing their service addresses. The amended complaint will replace, not supplement, Plaintiff's original complaint. The amended complaint form that Plaintiff should complete was previously mailed to Plaintiff attached to the Order of Service. Once filed, the Court will screen the amended complaint and, if necessary, issue an order directing service on the newly identified defendants.

The Clerk of Court is respectfully directed to electronically notify the New York City Department of Correction and the New York City Law Department of this Order and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    May 29, 2025
         New York, New York

                                                    _____
                                                            Ronnie Abrams
                                                    United States District Judge