UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZION ALEXANDER,

                      Plaintiff,

          v.

THE CITY OF NEW YORK, et al.,

                      Defendants.

No. 25-CV-0284 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff, currently held in the Otis Bantum Correctional Center on Rikers Island, brings this *pro se* action pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his rights. Plaintiff sues the City of New York and NYC Health + Hospitals ("NYCH + H") as well as a number of unidentified individual defendants. On June 26, 2025, NYCH + H filed the attached letter with the Court, informing Plaintiff and the Court of the identities and service addresses of two Defendants and requesting leave to file a responsive pleading or motion after service of Plaintiff's amended complaint. That application is granted.

    Furthermore, the Court's Order of March 19, 2025 directed NYCH + H to "ascertain the full identit[y] and service address[] of 'Adam,'" a "health-care provider who was assigned to the [George R. Vierno Center] 'mini clinic' between December 2 and 4, 2024, when Plaintiff and Correction Officer DeJesus were present there." ECF No. 12, at 4. To date, it has not provided that information. Within 30 days of this Order, NYCH + H must provide the fully identity and service address of Defendant "Adam."

    The Clerk of Court is respectfully instructed to issue summonses for Defendants Souparno Mitra, M.D., and Aaron Garcia, D.N.P., complete the USM-285 form with the address for these Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail a copy of this Order and the attached letter from the City to Plaintiff.

SO ORDERED.

Dated:  June 27, 2025
        New York, New York

                                                Ronnie Abrams
                                    United States District Judge

**SERVICE ADDRESSES FOR DEFENDANTS**

Souparno Mitra, M.D.
Risk Management Department, Bellevue Hospital
462 First Avenue
New York, New York 10016

Aaron Garcia, D.N.P.
Risk Management Department, Bellevue Hospital
462 First Avenue
New York, New York 10016



Eldar Mayouhas
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Eldar.Mayouhas@lewisbrisbois.com
Direct: 646.783.0933

June 26, 2025                                                                                                       File No.: 55028.58

**Via ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re:**    <u>*Zion Alexander v. New York City Health + Hospitals, et al.*</u>
                Case No.: 25-cv-00284 (RA)

Dear Judge Abrams:

    We represent defendant New York City Health + Hospitals ("NYCH+H") in this matter and write in response to the Court's March 19, 2025 *Valentin* order and, in the interest of efficiency and maintaining an uncluttered docket, for leave to file an answer only once plaintiff files an amended complaint..

    By copy of this letter, we hereby inform plaintiff and the Court that plaintiff was seen during their November 27, 2024 presentation to the Bellevue Psychiatric Emergency Department by **Souparno Mitra, M.D.**, and **Aaron Garcia, D.N.P.**, Both are still employed at Bellevue, 462 First Avenue, New York, New York 10016, and may be served at the Risk management Department there.

    Additionally, we note that NYCH+H accepted service by mail on May 1, 2025. Our answer is therefore due by June 30, 2025. In the interest of efficiency and in an effort to prevent the docket from becoming cluttered, we ask the Court for leave to file a responsive pleading or motion only following service of an amended complaint.

    We thank the Court for its attention to the above.

                                        Respectfully submitted,

                                        Eldar Mayouhas of
                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
• MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
159257947.1

Zion Alexander v. New York City Health + Hospitals, et al.
Case No.: 25-cv-00284 (RA)
LBBS File No.: 55028.58
June 26, 2025
Page 2

**VIA REGULAR MAIL:**

Zion Alexander
PLAINTIFF PRO SE
NYSD: 12541586Y
B&C: 4412303517
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, New York 11370

159257947.1