**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

ZION ALEXANDER,

                        Plaintiff,                        **ORDER**

          -against-                        **25-CV-284 (RA) (JW)**

THE CITY OF NEW YORK, et al.,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 18, 2025, this Court ordered Plaintiff to file an amended Complaint by October 31, 2025. Dkt. No. 37. To date, no amended Complaint has been filed. Plaintiff is to file an amended Complaint by **June 5, 2026**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address on ECF.

      SO ORDERED.

DATED:    New York, New York
              April 23, 2026

                                     _Jennifer E. Willis_
                                       JENNIFER E. WILLIS
                                United States Magistrate Judge

1