UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZION ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>Defendants. | No. 25-CV-284 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 21, 2026, Defendant New York City Health + Hospitals ("NYCH+H") filed a letter motion with Judge Willis, seeking dismissal of the above captioned case for failure to prosecute. Dkt. No. 39 (NYCH+H Mot.). Plaintiff has missed numerous court-ordered deadlines for filing an amended complaint, and appears not to have communicated with the Court since August 11, 2025. This case is referred to Judge Willis only for general pretrial purposes, and thus the letter motion seeking dismissal is properly before the undersigned.

Plaintiff initiated this action while incarcerated at Rikers Island by filing the complaint in the Eastern District of New York on December 20, 2024. Dkt. No. 1 (Compl.). The case was transferred to this District on January 13, 2025. On May 29, 2025, the Court issued a *Valentin* order, directing the named defendants to investigate and identify the "John Doe" defendants named in the complaint. Dkt. No. 21 (May 29, 2025 Order). On August 4, 2025, in response to that order, the City of New York identified the "John Doe" defendants. Dkt. No. 32 (Defs.' Aug. 24, 2025 Letter). On August 11, 2025, Plaintiff filed a letter requesting "a pro bono lawyer for all cases." Dkt. No. 33 (Pl.'s Aug. 11, 2025 Letter). On September 18, 2025, Judge Willis issued an order denying Plaintiff's request for appointment of pro bono counsel and directing Plaintiff to file an amended complaint naming the newly-identified Defendants no later than October 31, 2025. Dkt. No. 37 (Sept. 18, 2025 Order).

Plaintiff did not file an amended complaint by that date. On April 23, 2026, Judge Willis issued another order, again directing Plaintiff to file an amended complaint, this time by June 5, 2026. Again, Plaintiff failed to do so.

No later than September 3, 2026, Plaintiff shall file an amended complaint in this action, as directed by Judge Willis's September 18, 2025 order. If Plaintiff does not do so, the Court will dismiss this case for failure to prosecute, consistent with Rule 41(b) of the Federal Rules of Civil Procedure. Rule 41(b) provides that a district court may dismiss an action if "the plaintiff fails to prosecute or otherwise comply with [the] rules or a court order." Fed. R. Civ. P. 41(b). Plaintiff will not be granted any further extensions absent good cause.

The Clerk of Court is directed to mail Plaintiff a copy of this order at the address listed on the docket. To the extent that Plaintiff changes his address, he is again reminded of his obligation to promptly provide the Court with the new address. *See* Local Rule 1.3(l).

SO ORDERED.

Dated: July 22, 2026
New York, New York

Ronnie Abrams
United States District Judge